

**HENRICO COUNTY CIRCUIT COURT**
**FOURTEENTH JUDICIAL CIRCUIT**

P.O. Box 90775
Henrico, Virginia 23273-0775

CHAMBERS OF
JOHN MARSHALL, JUDGE

April 19, 2017

Dear Dad,

I am sorry you have decided to only see me, Taylor, Casey and Madison if Cynthia can be present. I was surprised to hear you say this since it was only a few weeks ago that you wanted to move out and asked me to inquire how much it would cost to return to the extended stay hotel.

We have previously discussed that it was your decision to replace mom with Cynthia not mine or my girls'. You chose to become part of another family and have a different life. I do not agree with these decisions and will not endorse them. No matter how sad that is I will learn to live with your latest decision as I have with your previous decision.

You are the only grandfather my girls have known and they will miss seeing you. It will upset them but at least they are old enough now to understand the decision you have made. I also will miss seeing you and our lunches together.

No matter how upsetting the decisions you have made late in your life are to me you have been a great dad. I will always love you and be thankful for all that you have done for me. I hope that your move to Arlington goes well and that you enjoy your new surroundings.

Love,

John



EXHIBIT 1