December 15, 2017

Dad,

I received your note and check today. I really appreciate the gift, but I am returning the check as I know you are on a limited income.

Whether or not you see me or the girls over the holiday is entirely up to you. You previously informed me that you would not see us without Cynthia being present. I told you I would abide by your rule but that meant we would not be seeing you.

You can call me anytime and if you want to see us I will pick you up. I will be out of town until Christmas.

I love you.

John



EXHIBIT 3