# Watson M. Marshall

7603 Parkline Drive
Henrico, VA 23229

TELEPHONE (804) 357-6844
Email: Watsonmarshall@aol.com

May 19, 2017

Dear Brenda, John, Andrea and Robert,

    I have been talking to a counselor, who recommended that I contact my children and recommend that they seek counseling with regard to the problems you are having with my wife.

    As you are aware, I am the one who left home and I know you are upset about it, but life goes on and Cynthia has taken good care of me. It would be nice, though, if you could lend a hand by taking me to the doctor or picking up a prescription from time to time. I know Andrea can't do it, but Brenda, John, and Robert should be able to do this.

                                           Love,

                                           Daddy

WMM:pk



EXHIBIT 4