**EMERGENCY PROTECTIVE ORDER — FAMILY ABUSE**
Commonwealth of Virginia Va. Code § 16.1-253.4

Court Case No. ......................................................

Henrico ........................................................................................... Juvenile and Domestic Relations District Court

| ALLEGEDLY ABUSED PERSON | DATE OF BIRTH OF ALLEGEDLY ABUSED PERSON |
|---|---|
| Marshall, Watson M<br>LAST    FIRST    MIDDLE | 03/12/1938 |

v.

| RESPONDENT | RESPONDENT IDENTIFIERS (IF KNOWN) |
|---|---|
| Marshall, Cynthia Advani<br>LAST    FIRST    MIDDLE | RACE: B  SEX: F  BORN: 08/15/1959  HT: 5' 10"  WGT: 165  EYES: BRO  HAIR: BRO |

7603 Parkline Dr.
RESPONDENT'S ADDRESS/LOCATION

Richmond, VA 23229

SSN: 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
DRIVER'S LICENSE NO. / STATE / EXP.

[ ] CAUTION: Weapon Involved

**REQUEST FOR EMERGENCY PROTECTIVE ORDER**
**To the individual requesting the order:** Please provide information on allegedly abused person and other requested protected persons on form DC-621, NON-DISCLOSURE ADDENDUM.    Testimony provided by Ofc. T.W. Holmes, HPD, and Robert W. Marshall, who has POA for Watson M. Marshall, currently in
I, the undersigned, assert under oath the following: hospital/hospice care

Therefore, I respectfully request the [X] issuance [ ] extension of an emergency protective order. In the case of a request for extension, I certify that the person in need of protection is physically or mentally incapable of filing a petition pursuant to Virginia Code § 16.1-253.1 or 16.1-279.1.

Officer Holmes, T.W. 1642 HPD    *See Original for Signature*    07/26/2018
NAME AND AGENCY/RELATIONSHIP TO VICTIM
(If law enforcement officer, include badge and code no.)
[ ] ALLEGEDLY ABUSED PERSON/PARENT/PERSON IN LOCO PARENTIS
[X] LAW ENFORCEMENT OFFICER
DATE

Subscribed and sworn to before me this day [X] in person [ ] by electronic communication    *Munoz*
(If oath taken by electronic communication, print
or type name of judge or magistrate taking oath.)    07/26/2018
S. Munoz    DATE    [ ] JUDGE    [X] MAGISTRATE

**EMERGENCY PROTECTIVE ORDER**
Based on the above assertion and other evidence, I find that (if checked below):
[ ] A warrant for a violation of § 18.2-57.2 has been issued and there is probable danger of further acts of family abuse against the allegedly abused person, ........................................................, by the Respondent; OR
[X] Reasonable grounds exist to believe that Respondent has committed family abuse and there is probable danger of a further such offense against the allegedly abused person, Marshall, Watson M ........................................................, by the Respondent.
It is ORDERED that the request is hereby [ ] denied [X] granted and ORDERED that the Respondent shall observe the following conditions:
[X] The Respondent shall not commit acts of family abuse or criminal offenses that result in injury to person or property.
[X] The Respondent shall have no contact of any kind with    Marshall, Watson M

[ ] except as follows: ........................................................
[X] The Respondent is also prohibited from being in the physical presence of   Marshall, Watson M

[ ] The allegedly abused person is granted possession of the companion animal described as ........................................................ (NAME/TYPE)
[X] Marshall, Watson M ........................................................, the family or household member, is granted possession of the premises occupied by the parties, located at 7603 Dr    Henrico, VA
to the exclusion of the Respondent; however, no such grant of possession shall affect title to any real or personal property.
[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. Number of supplemental pages .......

This Order is issued on 07/26/2018 10:13 PM
DATE
**RESPONDENT: SEE WARNINGS ON REVERSE**
(Print or type name of judge or magistrate if oral order
is reduced to writing by the law enforcement officer.)    S. Munoz

THIS ORDER EXPIRES ON 07/30/2018 at 11:59 p.m.
DATE
*Munoz*    Magistrate
[ ] JUDGE    [X] MAGISTRATE

**VERIFICATION:** I have verified this order.    07/26/2018
EPO: 087JM1800024085    DATE
FORM DC-626 (FRONT) 07/16    RESPONDENT    S. Munoz    [ ] JUDGE    [X] MAGISTRATE

**EXHIBIT 5**