IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CYNTHIA ADVANI MARSHALL,

    Plaintiff,

v.                                       Case No.: 3:20-cv-00442-DJN

JOHN MARSHALL, et al.,

    Defendants.

## NOTICE OF APPEARANCE

COMES NOW, George O.Y. Naylor and hereby enters his appearance as co-counsel on behalf of the Defendant, Andrea Marshall Voehringer, in this matter and requests to be added as co-counsel of record for Defendant Andrea Marshall Voehringer.

                                              ANDREA MARSHALL VOEHRINGER
                                              By Counsel

                                              _____/s/_____
                                              George O.Y. Naylor, Esquire
                                              VSB No.: 68480
                                              Blank & Marcus, LLC
                                              1804 Staples Mill Road
                                              Richmond, VA 23230
                                              Phone:    804-355-0691
                                              Facsimile: 804-353-1839
                                              gnaylor@blankmarcus.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2020 I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

S. Keith Barker, Esquire
Counsel for Robert Marshall
Law Offices of S. Keith Barker, P.C.
4908 Dominion Boulevard, Suite K
Glen Allen, Virginia 23060
Phone: (804) 288-0550
Fax: (804) 346-5338
keithbarker@richmondlaw.net

Victor Michael Glasberg, Esquire
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, Virginia 22314
Phone: (703) 684-1100
Fax: (703) 684-1104
vmg@robinhoodesp.com

ANDREA MARSHALL VOEHRINGER

/s/
George O.Y. Naylor, Esquire
VSB No.: 68480
Blank & Marcus, LLC
1804 Staples Mill Road
Richmond, VA 23230
Phone: 804-355-0691
Facsimile: 804-353-1839
gnaylor@blankmarcus.com