IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CYNTHIA ADVANI MARSHALL,
Plaintiff,

v.  Civil No. 3:20cv442 (DJN)

JOHN MARSHALL, *et al.*,
Defendants.

**ORDER**

This matter comes before the Court on Defendant Brenda Marshall Thompson's Motion for Extension of Time to File Responsive Pleadings (ECF No. 21), moving to extend the time in which to file her responsive pleadings to Plaintiff's Complaint (ECF No. 1) to August 24, 2020. Because Plaintiff consents, the Court hereby GRANTS the Motion (ECF No. 21). Defendant Brenda Marshall Thompson shall have until August 24, 2020, to file her responsive pleadings to Plaintiff's Complaint (ECF No. 1).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: July 27, 2020