IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CYNTHIA ADVANI MARSHALL,

    Plaintiff,

v.                                    Case No.:  3:20-cv-00442-DJN

JOHN MARSHALL, et al.,

    Defendants.

### DEFENDANT ANDREA VOEHRINGER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

COMES NOW, Defendant Andrea Marshall Voehringer, by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6) moves this Court to dismiss the Complaint filed herein against her for failure to state a claim upon which relief can be granted and as set forth in the Memorandum in Support thereof filed simultaneously herewith.

WHEREFORE, Defendant Andrea Marshall Voehringer, by counsel, respectfully requests that this Court grant this Motion and enter an Order dismissing Plaintiff's Complaint filed herein and awarding Defendant Voehringer her costs and attorney's fees expended herein as well as granting any other relief available at law.

                                                ANDREA MARSHALL VOEHRINGER
                                                By Counsel

                                                _____/s/_____
                                                Irving M. Blank, Esquire
                                                VSB No.:  05256
                                                George O.Y. Naylor, Esquire
                                                VSB No.: 68480
                                                Blank & Marcus, LLC
                                                1804 Staples Mill Road

Richmond, VA  23230
Phone:     804-355-0691
Facsimile:  804-353-1839
irvblank@blankmarcus.com
gnaylor@blankmarcus.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2020 I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Victor Michael Glasberg, Esquire
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, Virginia 22314
Phone: (703) 684-1100
Fax: (703) 684-1104
vmg@robinhoodesp.com

*Counsel for Plaintiff*

S. Keith Barker, Esquire
Counsel for Robert Marshall
Law Offices of S. Keith Barker, P.C.
4908 Dominion Boulevard, Suite K
Glen Allen, Virginia 23060
Phone: (804) 288-0550
Fax: (804) 346-5338
keithbarker@richmondlaw.net

*Counsel for Defendant Robert Marshall*

William Delaney Bayliss, Esquire
Joseph Earl Blackburn, III, Esquire

Counsel for Brenda Marshall Thompson
Williams Mullen
200 South 10th Street, Suite 1600
P. O. Box 1320
Richmond, VA  23219
Phone: (804) 420-6459
Fax: (804) 420-6507
Email:  bbayliss@williamsmullen.com
            jblackburn@williamsmullen.com

*Counsel for Defendant Brenda Thompson*


Caroline V. Davis, Esquire (VSB#48123)
David L. Hauck, Esquire (VSB#
Justin S. Gravatt, Esquire (VSB#
Duane, Hauck, Davis, Gravatt & Campbell, P.C.
100 West Franklin Street, Ste. 100
Richmond, VA 23220
Telephone:    (804) 644-7400
Facsimile:     (804) 303-8911
Email: cdavis@dhdgclaw.com dhauck@dhdgclaw.com
            jgravatt@dhdgclaw.com

*Counsel for Defendant John Marshall*