**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| CYNTHIA ADVANI MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  3:20-cv-442 |
| | ) | |
| JOHN MARSHALL, | ) | |
| | ) | |
| ROBERT MARSHALL, | ) | |
| | ) | |
| BRENDA MARSHALL THOMPSON, | ) | |
| | ) | |
| ANDREA MARSHALL VOEHRINGER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| T.W. HOLMES, | ) | |
| | ) | |
| Defendants. | ) | |

<u>DEFENDANT JOHN MARSHALL'S MOTION TO DISMISS</u>

The Defendant John Marshall, by and through the undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons set forth more fully in his Memorandum of Law In Support of Defendant John Marshall's Motion to Dismiss filed simultaneously herewith and incorporated fully herein by reference, respectfully requests that this Court dismiss the Complaint filed against him because it fails to state a claim upon which relief may be granted.

DATED:  August 24, 2020     JOHN MARSHALL

By Counsel

/s/ Caroline V. Davis
Caroline V. Davis, Esquire (VSB# 48123)
David L. Hauck, Esquire (VSB# 20565)
Justin S. Gravatt, Esquire (VSB# 65506)
Duane, Hauck, Davis, Gravatt & Campbell, P.C.
100 West Franklin Street, Ste. 100
Richmond, VA 23220
Telephone:  (804) 644-7400
Facsimile:  (804) 303-8911
Email:     cdavis@dhdgclaw.com
       dhauck@dhdgclaw.com
       jgravatt@dhdgclaw.com

## CERTIFICATE

I hereby certify that on August 24, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

/s/ Caroline V. Davis
Caroline V. Davis